UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS<br><br>               Plaintiffs,<br><br>v.<br><br>JACK'S - LA JOLLA, *et al.*,<br><br>               Defendants. | Civil No. 07-CV-349-L(BLM)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL** |

On May 14, 2007, Plaintiff filed a motion for voluntary dismissal. To date no appearance has been made by any adverse party. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a) and good cause appearing therefor, the complaint in this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: May 15, 2007

                                             M. James Lorenz<br>                                             United States District Court Judge

1  COPY TO:

2  HON. BARBARA L. MAJOR
   UNITED STATES MAGISTRATE JUDGE
3  ALL PARTIES/COUNSEL